No. 85–1635.   BUTTS ET AL. *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir.   Certiorari denied.

No. 85–1688.   JOHNS-MANVILLE SALES CORP. *v.* CATHEY ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 85–1837.   BLOCK ET AL. *v.* MEESE, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.   C. A. D. C. Cir.   Certiorari before judgment denied.

No. 85–5474.   AILLON *v.* CONNECTICUT ET AL.   C. A. 2d Cir. Certiorari denied.

No. 85–5589.   RUSSELL *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 85–5624.   STEINBERG *v.* UNITED STATES DEPARTMENT OF AGRICULTURE ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 85–5913.   MARTIN *v.* FOLTZ, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 85–6045.   LESCALLETT *v.* CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 85–6064.   MIDDLETON *v.* CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY.   C. A. 9th Cir.   Certiorari denied.

No. 85–6158.   AGNEW *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–6283.   SLINKER *v.* KEPLINGER ET AL.   C. A. 6th Cir. Certiorari denied.

No. 85–6329.   BOWEN *v.* KEMP, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 85–492.   DEVEREAUX ET AL. *v.* GEARY ET AL.   C. A. 1st Cir.   Motion of Phil Caruso for leave to file a brief as *amicus curiae* out of time denied.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 85–976.   BELL *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   JUSTICE MARSHALL would grant certiorari.